**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| COLE TADATOSHI MAJKOWSKI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CELSIUS HOLDINGS, INC., JOHN FIELDLY, JARROD LANGHANS, and TOBY DAVID,<br>Defendants. | **Case No. 0:26-cv-62465-AHS** |

**NOTICE OF APPEARANCE AND NOTICE OF DESIGNATION OF EMAIL ADDRESSES**

COMES NOW Joseph W. Jacquot, Esq. with the law firm of Gunster, Yoakley & Stewart, P.A., and hereby enters this Notice of Appearance as additional counsel for Defendant, Celsius Holdings, Inc., and designates the following email addresses for service of all papers in the above-captioned matter.

Primary email: jjacquot@gunster.com

Secondary email: wpruim@gunster.com

DATED: October 7, 2026

**GUNSTER, YOAKLEY & STEWART, P.A.**
*Counsel for Celsius Holdings, Inc.*

By: */s/ Joseph W. Jacquot*
Joseph W. Jacquot, Esq.
Florida Bar No. 0189715

jjacquot@gunster.com
1 Independent Drive, Suite 2300
Jacksonville, Florida 32202
Telephone: (904) 354-1980
Facsimile: (904) 354-2170
Secondary Email:
wpruim@gunster.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send the notice of electronic filing to all counsel of record.

/s/ *Joseph W. Jacquot*
Joseph W. Jacquot, Esq.

ACTIVE:40590284.1